UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEURONTIN MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION

CIVIL ACTION: 04-10981-PBS
MDL NO. 1629

THIS ORDER RELATES TO:
BOONE AND SCHWARTZ
PRODUCTS LIABILTY LITIGATION

# JUDGMENT

SARIS, U.S.D.J. August 31, 2010

Pursuant to this Court adopting the Magistrates Judge's Report and Recommendation dated August 11, 2010 (Doc. #3025), it is ORDERED and ADJUDGED that judgment is hereby entered in favor of the Defendants against Plaintiffs Nathan Adams 07cv11795, Mary Castellane 07cv11795, Kathy Christman 07cv11795, Mary Jane Edmonds 07cv11795, Parlee Edwards 07cv11795, Samuel W. Ellis 07cv11795, Andrew Frederick Gibson 07cv11795, Walter Gilmer 07cv11795, Eric Hammarstrom 07cv11795, Lavurne Hasselbach .07cv11795, Ernest Hernandez 07cv11795, Karen Hollingsworth 07cv11795, Mattie D. Jackson 07cv11795, Cheryl Johnson 07cv11795, Margaret Johnson 07cv11795, Robert Lawson 07cv11795, Dorothea Martinson 07cv11795, Casey McCardle 07cv11795, Charlie McClendon 07cv11795, Grady McCullar 07cv11795, Lorraine McGowan 07cv11795, Virgine Meeks 07cv11795, Prince Mitchell 07cv11795, Sara Morrison 07cv11795, Mary Norwood 07cv11795, Helen Parks 07cv11795, Curtis Patton 07cv11795, Donna Pierce 05cv10835, Annie Poindexter 07cv11795, Rodger Rice

05cv10834, Tara Robinson 07cv11795, Mary Rose 07cv11795, Shirley Sashfras 07cv11795, Pam Shields 07cv11795, Fletcher Singletary 07cv11795, Tony B. Smiley 07cv11795, Lillie Smith 07cv11795, Jennifer Theodore 07cv11795, Chester Thomas 07cv11795, Dixie Thomas 05cv10835, Lanelle Tollison 07cv11795, Benjamin Tutor 07cv11795, Connie Warfield 07cv11795, Rosa Washington 07cv11795, Clifton White 07cv11795, Walterine Wildee 07cv11795, and Lakeisha Wilson 07cv11795. Judgment is also entered in favor of the Defendants against Plaintiffs Alesha Brown 09cv10912, Anne Bruce 06cv11024, Garry Clemons 06cv11023, Coleen Craig 06cv10912, Nikko Gonzalez 06cv11023, Mario Laspina 06cv10912, Darren Marlow 06cv11024, and Lonnie Payne 06cv10912.

By the Court,

/s/ Robert C. Alba
Deputy Clerk